**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Michael James TAYLOR,
Defendant-Appellant.**

No. 16-6083

United States Court of Appeals,
Fourth Circuit.

Submitted: July 28, 2016

Decided: August 1, 2016

Michael James Taylor, Appellant Pro Se. Thomas Richard Ascik, Amy Elizabeth Ray, Assistant United States Attorneys, Thomas Michael Kent, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina; Dana Owen Wash-

---

ington, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael James Taylor appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Taylor, No. 2:11-cr-00022-MR-DLH-10 (W.D.N.C. Jan. 19, 2016). We deny Taylor's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED